1 **HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
2 1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
3 PHONE (559) 442-8888
FAX (559) 442-8891
4

5 ATTORNEYS FOR   Defendant, August C. Ghilarducci

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10 * * * * * * * *

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | **CASE NO.: CR-F-01-5415 AWI** |
| 12 Plaintiff, ) | **DEFENDANT AUGUST GHILARDUCCI'S APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY AND PROPOSED ORDER** |
| 13 v. ) | |
| 14 AUGUST C. GHILARDUCCI, ) | |
| 15 Defendant. ) | |

16

17       The Defendant, August C. Ghilarducci, by and through his attorney-of-record, Harry

18 M. Drandell, hereby requests an Order exonerating the Property Bond posted in this action and for

19 a deed of reconveyance for real property posted as the property bond.

20       On or about January 7, 2003, the Honorable Dennis L. Beck, Magistrate Judge,

21 granted August Ghilarducci's pretrial release from custody on a $500,000.00 bond. The $500,000.00

22 bond consisted of (1) a $250,000.00 Property Bond posted by Mr. Ghilarducci's sister, Mrs. Susan

23 Huiner, and their parents, August F. Ghilarducci, Sr., and Maria Ghilarducci, and (2) a $250,000.00

24 Surety Bond posted by August F. Ghilarducci, Sr., which was secured with three annuities in his

25 name.

26       On or about April 11, 2003, the conditions of Mr. Ghilarducci's pretrial release were

27 modified, to wit: the $250,000.00 Surety Bond posted by August F. Ghilarducci, Sr., was exonerated

28 by an Order issued from the Honorable Anthony W. Ishii, District Court Judge. Consequently, Mr.

Ghilarducci's pretrial release then was secured only by the real property owned and posted by Susan Huiner and her parents with a deed of trust and promissory note for $250,000.00 placed in the Court Clerk's possession.

On April 5, 2005, after a trial by jury, Mr. Ghilarducci was convicted of Count 4, Count 5 and Count 9 of the Indictment; and, on June 20, 2005, the court sentenced Mr. Ghilarducci to the custody of the United States Bureau of Prisons for a total term of 33 months as to counts 4, 5 and 9 of the Indictment.

Since Mr. Ghilarducci has been sentenced and is in the custody of the Federal Bureau of Prisons, he respectfully requests that the Property Bond in this matter be immediately exonerated and that the real property posted as collateral for the bond be reconveyed to Susan Huiner.

Dated: August 10, 2005                                          Respectfully submitted,

                                                          LAW OFFICES OF HARRY M. DRANDELL

/s/ Harry M. Drandell
_____
HARRY M. DRANDELL,
Attorney for Defendant,
AUGUST C. GHILARDUCCI

**O R D E R**

_____IT IS HEREBY ORDERED that the Property Bond in the above-captioned case be exonerated and title to the real property be reconveyed to Susan Huiner.

IT IS SO ORDERED.

**Dated:   August 10, 2005**                            **/s/ Anthony W. Ishii**
0m8i78                                                    UNITED STATES DISTRICT JUDGE